O

**PRIORITY SEND**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

JS - 6

<u>CIVIL MINUTES -- GENERAL</u>

Case No.   EDCV 09-01813-VAP (PLAx)                              Date:  January 19, 2010

Title:     JANICE JAMES-LAKE; RUSSELL G. LAKE -v- MIDLAND MORTGAGE CO., et al.
==================================================================
PRESENT:    HONORABLE VIRGINIA A. PHILLIPS, U.S. DISTRICT JUDGE

    Marva Dillard                                             None Present
    Courtroom Deputy                                          Court Reporter

ATTORNEYS PRESENT FOR                    ATTORNEYS PRESENT FOR
PLAINTIFFS:                              DEFENDANTS:

    None                                                      None

PROCEEDINGS:    MINUTE ORDER REMANDING ACTION TO CALIFORNIA SUPERIOR COURT, RIVERSIDE COUNTY (IN CHAMBERS)

    On December 16, 2009, the Court ordered Defendants Midland Mortgage Company and Mortgage Electronic Registration Systems, Inc. ("Defendants") to show cause, in writing, no later than January 4, 2010, why this action should not be remanded to the California Superior Court for the County of Riverside due to an absence of subject matter jurisdiction by this Court, as no federal question appeared on the face of the Complaint.  As of this date, the Court has received no response from Defendants.  Accordingly, the Court finds it lacks subject matter jurisdiction

EDCV 09-1813-VAP (PLAx)
JANICE - JAMES LAKE; RUSSELL G. LAKE v MIDLAND MORTGAGE CO., et al.
MINUTE ORDER of January 19, 2010

over this action, and REMANDS the action to the Superior Court of California, Riverside County.

**IT IS SO ORDERED.**

CIVIL -- GEN                    Page 2